# Court of Appeals
# of the State of Georgia

ATLANTA, __October 06, 2020__

*The Court of Appeals hereby passes the following order:*

**A21D0064. HEATHER ANN COOPER v. GREGORY KEILWITZ.**

In this domestic relations matter, the trial court granted defendant Gregory Keilwitz's motion for a protective order on March 16, 2020. On July 24, 2020, the court issued a final order denying plaintiff Heather Cooper's petition to change the names of the parties' minor children. On August 11, 2020, the court granted Keilwitz's motion for OCGA § 9-15-14 (b) attorney fees and ordered Cooper to pay Keilwitz's counsel $3,558.08 in attorney fees attributable to this litigation. Cooper filed this application for discretionary review on September 11, 2020, seeking to appeal all three trial court orders. We lack jurisdiction.

An application for discretionary review must be filed within 30 days of entry of the order or judgment to be appealed. OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. See *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Pretermitting whether a timely discretionary application following the trial court's August 11 order – the most recent of the three orders Cooper seeks to appeal – would have authorized appellate review of all three orders, her application was untimely filed 31 days after entry of that order. Consequently,

Cooper's application for discretionary review is hereby DISMISSED for lack of jurisdiction. See *Boyle*, 190 Ga. App. at 734.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* __10/06/2020__
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*